UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW L. MOLIEN,<br><br>                    Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. C13-5393 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AFFIRMING DEFENDANT'S DECISION TO DENY BENEFITS |

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Karen L. Strombom. Dkt. 21. The Court has considered the Report and Recommendation, Objections to the Report and Recommendation, and the remaining record.

The Report and Recommendation recommends affirming the Commissioner's decision to deny Plaintiff's claim for disability insurance and supplemental security income benefits under the Social Security Act. Dkt. 21. Plaintiff has filed objections to the Report and Recommendation advancing essentially the same arguments that he made in his opening and reply briefs (Dkts. 18 and 20). Dkt. 22.

The Court has reviewed the record *de novo* and concludes that the Magistrate Judge carefully and accurately reviewed the record and thoroughly addressed Plaintiff's claims. The Court concurs with the analysis and conclusions of the Magistrate Judge.

ORDER - 1

1  The Court, having reviewed plaintiff's complaint, the Report and Recommendation of
2 Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and
3 recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) The administrative decision is **AFFIRMED**;

(3) The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 21st day of May, 2014.

_____
ROBERT J. BRYAN
United States District Judge

ORDER - 2